934

No. 545. BERRY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Merle L. Silverstein* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 548. HARSHBERGER, ADMINISTRATRIX, *v.* ASSOCIATED TRANSPORT, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Raymond R. Dickey* for petitioner. *Copal Mintz* for respondents.

No. 551. GINSBURG *v.* GINSBURG ET AL. C. A. 9th Cir. Certiorari denied. *Paul Ginsburg,* petitioner, *pro se. James R. Moore* for respondents.

No. 532. DICKSON, WARDEN, *v.* CHAVEZ ET AL. Motions of respondents for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *Stanley Mosk,* Attorney General of California, and *Arlo E. Smith,* Deputy Attorney General, for petitioner. *Richard Gladstein, Norman Leonard* and *Ruth Jacobs* for respondents.

No. 28, Misc. FISCHER *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se. Frank D. O'Connor, Morton Greenspan* and *Benj. J. Jacobson* for respondent.

No. 32, Misc. DENUIT *v.* OHIO. Supreme Court of Ohio. Certiorari denied.

No. 157, Misc. ALLEN *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Paul L. Adams,* Attorney General of Michigan, and *Samuel J. Torina,* Solicitor General, for respondent.